UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVALAS CHARLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4879** |
| **MODULAR SPACE CORPORATION** | **SECTION: "G"(2)** |

### ORDER

Considering the foregoing Ex Parte Motion For Entry of Sixty Day Dismissal Order on Plaintiff's Claims,[1] and representations by defendant and third party plaintiff, Modular Space Corporation, that plaintiff Travalas Charles' main demand and the workers compensation lien of ACE American Insurance Company have been resolved;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1)   The action of plaintiff, Travalas Charles, is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated and to seek summary judgment to enforce settlement;

2)   The motion to intervene filed by ACE American Insurance Company is hereby dismissed as moot, but without prejudice as to ACE American Insurance Company's right to refile the motion to intervene if the settlement is not consummated;

---

[1] Rec. Doc. 70

3) The third party complaint filed by Modular Space Corporation against Miken Specialties, Ltd. for contractual indemnity remains pending before the Court.

**NEW ORLEANS, LOUISIANA**, this __11th__ day of June, 2014.

                                                NANNETTE JOLIVETTE BROWN
                                                UNITED STATES DISTRICT JUDGE