UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVALAS CHARLES | CIVIL ACTION |
| VERSUS | NO. 13-4879 |
| MODULAR SPACE CORPORATION | SECTION: "G"(2) |

### ORDER

Considering the foregoing Motion for Final Dismissal With Prejudice[1] filed by Plaintiff,

**IT IS ORDERED** that all claims asserted by Plaintiff Travalas Charles against Defendant Modular Space Corporation are hereby dismissed, with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this ___8th___ day of July, 2014.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 75